UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-3698(DSD/JFD)

Robert Ivers,

        Plaintiff,

v.

Sherburne County, Minnesota;
Joel Brott, Sherburne County
Sheriff; Laura Morgan, Sherburne        **ORDER**
County Correctional Officer; and
Brogan Glem, Sherburne County
Correctional Officer,

        Defendants.


Pursuant to the parties' stipulation, ECF No. 40, **IT IS HEREBY ORDERED** that plaintiff's claims against defendants Joel Brott, Laura Morgan, and Brogan Glem, either officially or individually, or otherwise, are hereby dismissed with prejudice on their merits and without costs, disbursements or attorney's fees to any party.


Dated: April 22, 2026        s/David S. Doty
                              David S. Doty, Judge
                              United States District Court